UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD HAMP,

    Plaintiff,

v.                          Case No.  5:24-cv-149-MCR-MJF

CENTURION OF FLORIDA, et al.,

    Defendants.
_____/

## ORDER

The Magistrate Judge has issued a Report and Recommendation, ECF No. 39, on Defendants' motion to dismiss Plaintiff Bernard Hamp's Second Amended Complaint brought under 42 U.S.C. § 1983, ECF No. 36.  The Magistrate Judge recommends denying the motion on the Eighth Amendment deliberate indifference claim against Nurse Tiffany Williams, for her alleged delay in ordering x-rays, and granting the motion in all other respects due to the failure to state a claim.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  Defendant Williams objects.  ECF No. 40.

The Court has conducted a *de novo* review of the timely filed objections and concludes that the Report and Recommendation should be adopted.  The undersigned agrees with the Magistrate Judge that the Second Amended Complaint

states a plausible claim against Williams for delaying the x-rays, given the allegations that Hamp had suffered five stab wounds in his back and was having difficulty breathing. This issue should be resolved on a fully developed record.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 39, is **ADOPTED** and incorporated by reference as the order of the Court, and the objection, ECF No. 40, is overruled.

2. Defendants' Motion to Dismiss Hamp's Second Amended Complaint, ECF No. 36, is **DENIED in part,** as to the deliberate indifference claim against Defendant Williams, and **GRANTED in part** in all other respects.

3. The Clerk is directed to refer the case back to the assigned Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 19th day of February 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**